# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **EDGAL IRIBHOGBE, #66389509** | § | |
| | § | |
| **VS.** | § | **CIVIL NO. 4:23-CV-370-SDJ** |
| | § | **CRIMINAL NO. 4:21-CR-253(7)-SDJ** |
| **UNITED STATES OF AMERICA** | § | |

## MEMORANDUM OPINION AND ORDER

*Pro se* Petitioner Edgal Iribhogbe filed a motion for leave to appeal *in forma pauperis*. (Dkt. #24). An appellant may proceed *in forma pauperis* on appeal only if he is economically eligible and presents a nonfrivolous issue. *See Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). A review of the case shows that the present 28 U.S.C. § 2241 motion was dismissed without prejudice because all of Petitioner's claims are available to be raised in his pending criminal proceeding or any subsequent appeal or collateral challenge. (Dkt. ##13, 14, 15, 17). Because Petitioner has not shown that he will present a nonfrivolous issue, he has not shown that he is entitled to proceed *in forma pauperis* on appeal.

It is accordingly **ORDERED** that the motion for leave to appeal *in forma pauperis* (Dkt. #24) is **DENIED**. All motions not previously ruled on are **DENIED**. All future motions should be filed with the Clerk of the United States Court of Appeals for the Fifth Circuit.

**So ORDERED and SIGNED this 10th day of January, 2025.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE